# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN ARLENE CLEMENT, | Case No. 2:17-cv-02730-GMN-PAL |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 12) is **GRANTED**. Petitioner will have through April 4, 2019, to file a second amended petition.

DATED: January 10, 2019

GLORIA M. NAVARRO
Chief United States District Judge